**CLOSED**

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CRIMINAL DOCKET FOR CASE #: 5:18-cr-40072-HLT-1

Case title: USA v. Frazier

Date Filed: 08/29/2018

Date Terminated: 03/14/2019

Assigned to: District Judge Holly L. Teeter

**Defendant (1)**

**Robert Charles Fraizer**
*TERMINATED: 03/14/2019*
also known as
Robert Charles Frazier
*TERMINATED: 03/14/2019*

represented by **Andrew J. McGowan**
134 SW Woodlawn
Topeka, KS 66606
309-265-1701
Alternative Phone:
Cell Phone:
Email: amcgowanesq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*
Bar Number: 16216
Bar Status: Active

**Pending Counts**

18:2113(a) - Credit Union Robbery
(INDICTMENT FILED 8/29/2018)
(1)

**Disposition**

Defendant sentenced to 60 months imprisonment, 3 years supervised release, and must pay $100 assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jared S. Maag**<br>Office of United States Attorney - Topeka<br>290 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592<br>785-295-2858<br>Fax: 785-295-2853<br>Alternative Phone:<br>Cell Phone: 785-230-5635<br>Email: jared.maag@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 17222*<br>*Bar Status: Active* |

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2018 | 1 | INDICTMENT filed as to Robert Charles Frazier on count 1. (mls) (Entered: 08/29/2018) |
| 09/04/2018 | | ARREST of Robert Charles Frazier on 9/4/2018. (mls) (Entered: 09/10/2018) |
| 09/06/2018 | 2 | NOTICE OF HEARING as to Defendant Robert Charles Frazier THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance and Arraignment set for 9/6/2018 at 10:00 AM in Topeka Courtroom 470 (KGS) before Magistrate Judge Ross A Walters. (sg) (Entered: 09/06/2018) |
| 09/06/2018 | 4 | MINUTE ENTRY for RULE 5, ARRAIGNMENT, and DISCOVERY proceedings held 9/6/2018 before Magistrate Judge Ross A Walters as to Robert Charles Frazier. DETENTION HEARING waived. Defendant entered a plea of not guilty to the charge in the indictment. Defendant remanded to custody. (FTR Network @ 11:09 AM) (mls) (Entered: 09/10/2018) |
| 09/06/2018 | 5 | FINANCIAL AFFIDAVIT by Robert Charles Frazier. NOTE - Access to document is restricted pursuant to the courts privacy policy. (mls) (Entered: 09/10/2018) |
| 09/06/2018 | 6 | WAIVER OF DETENTION HEARING by Robert Charles Frazier. (mls) (Entered: 09/10/2018) |
| 09/07/2018 | 3 | ENTRY OF APPEARANCE: by attorney Andrew J. McGowan appearing for Robert Charles Frazier (McGowan, Andrew) (Entered: 09/07/2018) |
| 09/07/2018 | 7 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED as to Robert Charles Frazier. A Status Conference is set for 10/30/2018 at 09:30 AM in Topeka Courtroom 401 (HLT) before District Judge Holly L. Teeter. Signed by Magistrate Judge Ross A Walters on 9/6/2018. (mls) (Entered: 09/10/2018) |
| 09/10/2018 | 8 | Arrest WARRANT returned executed on 9/4/2018 as to Robert Charles Frazier. (mls) (Entered: 09/10/2018) |

| | | |
|---|---|---|
| 10/26/2018 | 9 | Unopposed MOTION to Continue Status Conference by Robert Charles Frazier. (McGowan, Andrew) (Entered: 10/26/2018) |
| 10/30/2018 | 10 | MINUTE ENTRY for proceedings held before District Judge Holly L. Teeter: STATUS CONFERENCE as to Robert Charles Frazier held on 10/30/2018. Change of Plea Hearing is set for 11/20/2018 at 9:30 am. In light of the change of plea, the Court denied as moot Defendant's Unopposed 9 Motion to Continue Status Conference as to Robert Charles Frazier (1). (Court Reporter Sherry Harris.) (md) (Entered: 10/31/2018) |
| 10/30/2018 | 11 | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING. The defendant Robert Charles Frazier has notified the court as of this date that he intends to change his plea. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. Change of Plea Hearing set for **11/20/2018 at 09:30 AM** in Topeka Courtroom 401 (HLT) before District Judge Holly L. Teeter. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(md) (Entered: 10/31/2018) |
| 11/20/2018 | 12 | MINUTE ENTRY for proceedings held before District Judge Holly L. Teeter: CHANGE OF PLEA HEARING as to Robert Charles Frazier held on 11/20/2018. Sentencing is set for **2/26/2019 at 09:30 AM** in Topeka Courtroom 401 (HLT) before District Judge Holly L. Teeter. Sentencing memorandum deadline is 2/21/2019. Defendant remanded to custody. (Court Reporter Sherry Harris) (md) (Entered: 11/20/2018) |
| 11/20/2018 | 13 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to defendant Robert Charles Frazier (1) Count 1. Signed by District Judge Holly L. Teeter on 11/20/18. (msb) (Entered: 11/21/2018) |
| 11/20/2018 | 14 | PLEA AGREEMENT as to defendant Robert Charles Frazier: Re 13 Petition and Order to Enter Plea of Guilty (msb) (Entered: 11/21/2018) |
| 01/03/2019 | 15 | NOTICE OF RESCHEDULED HEARING as to Defendant Robert Charles Frazier **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING**. Sentencing set for 2/26/2019 IS RESCHEDULED FOR **3/12/2019 at 10:30 AM** in Topeka Courtroom 401 (HLT) before District Judge Holly L. Teeter. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(md) Modified on 3/5/2019 (md). (Entered: 01/03/2019) |
| 03/05/2019 | 16 | PRESENTENCE INVESTIGATION REPORT as to Robert Charles Frazier<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 03/05/2019) |
| 03/12/2019 | 17 | MINUTE ENTRY for proceedings held before District Judge Holly L. Teeter: SENTENCING HEARING held on 3/12/2019 as to defendant Robert Charles Frazier. (Court Reporter Kelli Stewart) (md) (Entered: 03/12/2019) |
| 03/14/2019 | 18 | JUDGMENT as to Robert Charles Fraizer: On Count 1, Defendant sentenced to 60 months imprisonment, 3 years supervised release, and must pay $100 assessment. Signed by District Judge Holly L. Teeter on 3/14/2019. (mls) (Entered: 03/14/2019) |
| 03/14/2019 | 19 | STATEMENT OF REASONS as to Robert Charles Fraizer re 18 Judgment<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(mls) (Entered: 03/14/2019) |